IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00291-REB-NRN | Date:  August 19, 2022 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom C203 |

| _Parties:_ | _Counsel:_ |
|---|---|
| CONTESSA NAIL, | Torrey Livenick |
| | Phillip Reither |
| Plaintiff, | |
| v. | |
| JB PARTNERS CS LLC d/b/a DUNKIN' DONUTS and DUNKIN' DONUTS, INC., | Megan Jones |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

### SHOW CAUSE HEARING/DISCOVERY HEARING

**11:36 a.m.**   Court in session.

Court calls case.  Appearances of counsel. Preliminary remarks by the Court.

Mr. Thomas Reither has not appeared, but Ms. Livenick informs the Court he is waiting to clear court security. Court takes recess until Mr. Reither is present in the courtroom.

**11:40 a.m.**   Court in recess.

**11:42 a.m.**   Court in session

The Court raises the Order to Show Cause for discussion.

Mr. Reither responds to the Order to Show Cause.

For the reasons stated on the record, it is

**ORDERED:**   Court will award a sanction to defense counsel of the equivalent of 2.5 hours of attorney time for having to prepare for the Discovery Hearing on

> August 17, 2022.  The factual basis for the sanction is recited in the Order to Show Cause.  In sum, Mr. Reither has not adequately shown cause why a sanction is not merited under these circumstances.  He failed to appear for a hearing where he was still counsel of record on the case and failed to adequately apprise replacement counsel of the necessary facts so that she could prepare for the hearing.  He did not seek to withdraw from the representation as required by the District of Colorado local rules.  He essentially left his client unrepresented at a discovery hearing and caused the Court and counsel to waste time preparing for and appearing at the discovery hearing.  Mr. Reither violated Colorado Rules of Professional Conduct 1.1 (Competence) and 1.3 (Diligence). Mr. Reither shall pay the sanction personally.

Mr. Reither orally moves to withdraw as counsel of record from this matter.

**ORDERED:**  Mr. Reither's request to withdraw as counsel of record from this matter is GRANTED.

This matter is also before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

Plaintiff's replacement counsel has established contact with Plaintiff and will proceed with discovery and Plaintiff is available to proceed with a deposition.

Defense counsel moves to have Plaintiff pay for the cost of the deposition.

**ORDERED:**  To the extent that defense counsel moves for additional sanctions, the request to have plaintiff pay for the deposition is DENIED.

Discussion regarding mediation.

**11:57 a.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:19

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.