IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-00291-REB-NRN

CONTESSA NAIL,

    Plaintiff,

v.

JB PARTNERS CS, LLC d/b/a DUNKIN' DONUTS

    Defendant.

# ORDER

**Blackburn, J.**

This matter is before me on the parties' **Joint Motion for Settlement Conference** [#34],[1] filed March 3, 2023. By this motion, the parties seek a court-directed settlement conference. The motion fails to demonstrate that a settlement conference cannot be obtained without the involvement of the court, including a United States Magistrate Judge. Absent such a showing, the motion must be denied.

**THEREFORE, IT IS ORDERED** that the parties' **Joint Motion for Settlement Conference** [#34], filed March 3, 2023, is denied without prejudice.

Dated March 6, 2023, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.